IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AM/NS CALVERT, LLC, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 22-0111-WS-C |
| | ) |
| UNITED STEEL, PAPER, AND | ) |
| FORESTRY, RUBBER, | ) |
| MANUFACTURING, ENERGY, | ) |
| ALLIED INDUSTRIAL AND SERVICE | ) |
| WORKERS INTERNATIONAL UNION, | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

In accordance with the plaintiff's notice of dismissal, (Doc. 11), and pursuant to Rule 41(a)(1)(A)(i), this action is **dismissed without prejudice**, each party to bear its own costs.

DONE and ORDERED this 24th day of March, 2022.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE